883 A.2d 1049

IN THE MATTER OF ROBERT H. LEINER, AN ATTORNEY
AT LAW (ATTORNEY NO. 019251993).

October 20, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–104, concluding that **ROBERT H. LEINER,** formerly of **HAINESPORT,** who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since June 25, 2005, pursuant to *Rule* 1:20–15(k), by Order of the Court filed on May 26, 2005, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to keep client informed about status of matter and to comply with reasonable requests for information), *RPC* 1.16(d) (failure to protect client's interests upon termination

of representation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **ROBERT H. LEINER** is hereby reprimanded; and it is further

ORDERED that **ROBERT H. LEINER** remain suspended until he complies with the Court's Order filed May 26, 2005, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.